| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> MATTHEW FRANKLIN JAKSA 248072 <br> HOLME ROBERTS & OWEN, LLP <br> 560 MISSION STREET SAN FRANCISCO CA <br> TELEPHONE NO.: 415 268-2000  FAX NO. (Optional): <br> EMAIL ADDRESS (Optional): Matt.Jaksa@hro.com <br> ATTORNEY FOR (Name): ATLANTIC RECORDING CORPORATION, ET AL., | FOR COURT USE ONLY |
|---|---|

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: ATLANTIC RECORDING CORPORATION, ET AL., | CASE NUMBER: <br> C 07 4709 MJJ |
|---|---|
| DEFENDANT/RESPONDENT: DANYAL K. AKOL (AKA DANIEL AKOL) AND PERKINS EASTMAN ARCHITECTS, P.C., AS SUCCESSOR IN INTEREST TO AKOL ARCHITECTS | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
   Notice to Defendant; Summons; Complaint for Copyright Infringement; Exhibits; Certification of Interested Entities or Persons; Report on The Filing or Determination of an Action or Appeal Re A Copyright; District Court Rules; Ecf Registration Information; Order Setting Initial Case Management Conference and Adr Deadlines

3. a. Party served (specify name of party as shown on documents served):
   DANYAL K. AKOL, NAMED DEFENDANT, A white male approx. 46-65 years of age 5'8"-5'10" in height weighing 160-180 lbs with gray and brown hair, Alias: AKA DANIEL AKOL
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:
   468 19TH Street, OAKLAND, CA 94612

5. I served the party (check proper box)
   a. [X] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 10/8/2007 (2) at (time): 4:10 PM
   b. [ ] by substituted service. On (date): (2) at (time): I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] (physical address unknown) a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date): from (city): or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Order No. 4940370 SEA



https://abclegal.com/agents/proofs/california.asp?ord=4940370&typ=personal&ttl=Califo... 10/19/2007

| PLAINTIFF/PETITIONER: | ATLANTIC RECORDING CORPORATION, ET AL., | CASE NUMBER: C 07 4709 MJJ |
|---|---|---|
| DEFENDANT/RESPONDENT: | DANYAL K. AKOL (AKA DANIEL AKOL) AND PERKINS EASTMAN ARCHITECTS, P.C., AS SUCCESSOR IN INTEREST TO AKOL ARCHITECTS | |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  (1) on (date): (2) from (city):
  (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30)
  (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [X] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant
  d. [ ] On behalf of *(specify):*
     under the following Code of Civil Procedure section:
     [ ] 416.10 (corporation)          [ ] 415.95 (business organization, form unknown)
     [ ] 416.20 (defunct corporation)  [ ] 416.60 (minor)
     [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
     [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
     [ ] 416.50 (public entity)        [ ] 415.46 (occupant)
                                        [ ] other

7. **Person who served papers**
  a. Name: John Sharper
  b. Address: 55 Santa Clara Avenue, Suite 120, Oakland, CA 94610
  c. Telephone number: 510-419-3940
  d. The fee for service was: $70.00
  e. I am:
     (1) [ ] not a registered California process server.
     (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
     (3) [X] registered California process server:
        (i) [ ] owner [ ] employee [X] independant contractor
        (ii) [X] Registration No.: 713
        (iii) [X] County: Alameda

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
  or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/19/2007

John Sharper
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                        (SIGNATURE)

POS-010 [Rev. January 1, 2007]                    PROOF OF SERVICE OF SUMMONS                    Page 2 of 2
                                                                                                  Order No. 4940370 SEA
                                                                                                  ORIGINAL

https://abclegal.com/agents/proofs/california.asp?ord=4940370&typ=personal&ttl=Califo...    10/19/2007