| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>MATTHEW FRANKLIN JAKSA 248072<br>HOLME ROBERTS & OWEN, LLP<br>560 MISSION STREET SAN FRANCISCO CA | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 415 268-2000   FAX NO. *(Optional)*: | |
| EMAIL ADDRESS *(Optional)*: Matt.Jaksa@hro.com | |
| ATTORNEY FOR *(Name)*: ATLANTIC RECORDING CORPORATION, ET AL., | |
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: ATLANTIC RECORDING CORPORATION, ET AL., | CASE NUMBER:<br>C 07 4709 MJJ |
| DEFENDANT/RESPONDENT: DANYAL K. AKOL (AKA DANIEL AKOL) AND PERKINS EASTMAN ARCHITECTS, P.C., AS SUCCESSOR IN INTEREST TO AKOL ARCHITECTS | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Notice to Defendant; Summons; Complaint for Copyright Infringement; Exhibits; Certification of Interested Entities or Persons; Report on The Filing or Determination of an Action or Appeal Re A Copyright; District Court Rules; Ecf Registration Information; Order Setting Initial Case Management Conference and Adr Deadlines

3. a. Party served *(specify name of party as shown on documents served)*:
   DANYAL K. AKOL, NAMED DEFENDANT, A white male approx. 45-65 years of age 5'8"-5'10" in height weighing 160-180 lbs with gray and brown hair, Alias: AKA DANIEL AKOL
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   468 19TH Street, OAKLAND, CA 94612

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 10/8/2007 (2) at *(time)*: 4:10 PM
   b. [ ] **by substituted service.** On *(date)*: (2) at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Order No. 4940370 SEA





From: Page: 2/2 Date: 10/23/2007 12:42:46 PM
Case 3:07-cv-04709-MJJ Document 6 Filed 11/01/2007 Page 2 of 2
California Declaration (personal service) Page 2 of 2

| PLAINTIFF/PETITIONER: | ATLANTIC RECORDING CORPORATION, ET AL., | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | DANYAL K. AKOL (AKA DANIEL AKOL) AND PERKINS EASTMAN ARCHITECTS, P.C., AS SUCCESSOR IN INTEREST TO AKOL ARCHITECTS | C 07 4709 MJJ |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
 (1) on *(date)*: (2) from *(city)*:
 (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30)
 (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section)*:

 [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
 a. [X] as an individual defendant.
 b. [ ] as the person sued under the fictitious name of *(specify)*:
 c. [ ] as occupant
 d. [ ] On behalf of *(specify)*:
 under the following Code of Civil Procedure section:
 [ ] 416.10 (corporation) [ ] 415.95 (business organization, form unknown)
 [ ] 416.20 (defunct corporation) [ ] 416.60 (minor)
 [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
 [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
 [ ] 416.50 (public entity) [ ] 415.46 (occupant)
 [ ] other

7. **Person who served papers**
 a. Name: John Sharper
 b. Address: 55 Santa Clara Avenue, Suite 120, Oakland, CA 94610
 c. Telephone number: 510-419-3940
 d. The fee for service was: $70.00
 e. I am:
  (1) [ ] not a registered California process server.
  (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
  (3) [X] registered California process server:
   (i) [ ] owner [ ] employee [X] independant contractor
   (ii) [X] Registration No.: 713
   (iii) [X] County: Alameda

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
 or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/19/2007

John Sharper
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

POS-010 [Rev. January 1, 2007]     **PROOF OF SERVICE OF SUMMONS**     Page 2 of 2

Order No. 4940370 SEA



ORIGINAL

https://abclegal.com/agents/proofs/california.asp?ord=4940370&typ=personal&ttl=Califo... 10/19/2007