Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999
Email:   matt.jaksa@hro.com

Attorneys for Plaintiffs,
ATLANTIC RECORDING CORPORATION;
WARNER BROS. RECORDS INC.; VIRGIN
RECORDS AMERICA, INC.; UMG
RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; ARISTA RECORDS LLC;
and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br>Plaintiffs,<br><br>v.<br><br>DANYAL K. AKOL (AKA DANIEL AKOL) and PERKINS EASTMAN ARCHITECTS, P.C., as successor in interest to AKOL ARCHITECTS,<br>Defendants. | CASE NO. 3:07-CV-04709-MJJ<br><br>Honorable Martin J. Jenkins<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER
Case No. C 07-04709-MJJ
#33592 v1

1  Defendants were served with the Summons and Complaint on October 8, 2007, by personal
2  service. Plaintiffs and Defendants stipulate to extend the time in which Defendants have to answer
3  or otherwise respond to the Complaint to November 15, 2007.

5  Dated: November 5, 2007            HOLME ROBERTS & OWEN LLP

7                                     By: _____
                                       MATTHEW FRANKLIN JAKSA
8                                      Attorney for Plaintiffs

10 Dated: November 2, 2007            VAN DE POEL & LEVY, LLP

12                                    By: _____
                                       JEFFREY WILLIAM ALLEN
13                                     Attorney for Defendants

15                                    **ORDER**

16 **IT IS ORDERED** that Defendants' time to answer or otherwise respond to the Complaint be
17 extended to November 15, 2007.

18 Dated: _____                By:_____
                                       Honorable Martin J. Jenkins
19                                     United States District Judge

STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER
Case No. C 07-04709-MJJ
#33592 v1