1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email:     matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ATLANTIC RECORDING CORPORATION;
7  WARNER BROS. RECORDS INC.; VIRGIN
   RECORDS AMERICA, INC.; UMG
8  RECORDINGS, INC.; SONY BMG MUSIC
   ENTERTAINMENT; ARISTA RECORDS LLC;
9  and BMG MUSIC

               UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
               SAN FRANCISCO DIVISION

ATLANTIC RECORDING CORPORATION, a          CASE NO. 3:07-CV-04709-MJJ
Delaware corporation; WARNER BROS.
RECORDS INC., a Delaware corporation;      Honorable Martin J. Jenkins
VIRGIN RECORDS AMERICA, INC., a
California corporation; UMG RECORDINGS,    STIPULATION TO EXTEND TIME TO
INC., a Delaware corporation; SONY BMG     RESPOND TO COMPLAINT AND
MUSIC ENTERTAINMENT, a Delaware            [PROPOSED] ORDER
general partnership; ARISTA RECORDS LLC,
a Delaware limited liability company; and BMG
MUSIC, a New York general partnership,
            Plaintiffs,

     v.

DANYAL K. AKOL (AKA DANIEL AKOL)
and PERKINS EASTMAN ARCHITECTS,
P.C., as successor in interest to AKOL
ARCHITECTS,
            Defendants.

---

STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER
Case No. C 07-04709-MJJ
#33592 v1

Defendants were served with the Summons and Complaint on October 8, 2007, by personal service. Plaintiffs and Defendants stipulate to extend the time in which Defendants have to answer or otherwise respond to the Complaint to November 15, 2007.

Dated: November 5, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs

Dated: November 2, 2007

VAN DE POEL & LEVY, LLP

By: _____
JEFFREY WILLIAM ALLEN
Attorney for Defendants

## ORDER

**IT IS ORDERED** that Defendants' time to answer or otherwise respond to the Complaint be extended to November 15, 2007.

Dated: 11/06/07

By: _____
Honorable Martin J. Jenkins
United States District Judge

IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER
Case No. C 07-04709-MJJ
#33592 v1