1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ATLANTIC RECORDING CORPORATION;
7  WARNER BROS. RECORDS INC.; VIRGIN
   RECORDS AMERICA, INC.; UMG
8  RECORDINGS, INC.; SONY BMG MUSIC
   ENTERTAINMENT; ARISTA RECORDS LLC;
9  and BMG MUSIC

10

11                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION

13

14  ATLANTIC RECORDING CORPORATION, a      CASE NO. 3:07-CV-04709-MJJ
    Delaware corporation; WARNER BROS.
15  RECORDS INC., a Delaware corporation;   **Honorable Martin J. Jenkins**
    VIRGIN RECORDS AMERICA, INC., a
16  California corporation; UMG RECORDINGS, **PROOF OF SERVICE**
17  INC., a Delaware corporation; SONY BMG
    MUSIC ENTERTAINMENT, a Delaware
18  general partnership; ARISTA RECORDS LLC,
19  a Delaware limited liability company; and BMG
    MUSIC, a New York general partnership,
20                              Plaintiffs,
21        v.
22
23  DANYAL K. AKOL (AKA DANIEL AKOL)
    and PERKINS EASTMAN ARCHITECTS,
24  P.C., as successor in interest to AKOL
25  ARCHITECTS,
                                Defendants.
26
27
28

Proof of Service
Case No. C 07-04709-MJJ
#32264 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On November 12, I served the foregoing documents described as:

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Danyal K. Akol**  
**468 19th Street**  
**Oakland, CA 94612**

**Jeffrey William Allen**  
**Van De Poel & Levy LLP**  
**1600 S Main Plaza #325**  
**Walnut Creek, CA 94596**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 12, 2007 at San Francisco, California.

*/s/ Molly Morris*  
Molly Morris

Proof of Service  
Case No. C 07-04709-MJJ  
#32264 v1