1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ATLANTIC RECORDING CORPORATION;
7  WARNER BROS. RECORDS INC.; VIRGIN
   RECORDS AMERICA, INC.; UMG
8  RECORDINGS, INC.; SONY BMG MUSIC
   ENTERTAINMENT; ARISTA RECORDS LLC;
9  and BMG MUSIC

10

11                 UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION

13

14 ATLANTIC RECORDING CORPORATION, a        CASE NO. 3:07-CV-04709-MJJ
   Delaware corporation; WARNER BROS.
15 RECORDS INC., a Delaware corporation;     **Honorable Martin J. Jenkins**
   VIRGIN RECORDS AMERICA, INC., a
16 California corporation; UMG RECORDINGS,   **STIPULATION TO CONTINUE CASE**
17 INC., a Delaware corporation; SONY BMG    **MANAGEMENT CONFERENCE AND**
   MUSIC ENTERTAINMENT, a Delaware          **EXTEND TIME FOR DEFENDANTS TO**
18 general partnership; ARISTA RECORDS LLC,  **RESPOND TO PLAINTIFFS' COMPLAINT**
19 a Delaware limited liability company; and BMG  **AND [PROPOSED] ORDER**
   MUSIC, a New York general partnership,
20                             Plaintiffs,   Date of Initial CMC:     December 18, 2007
                                             Time:                    2:00 p.m.
21        v.                                 Courtroom:               11
22                                           Action Filed:            September 13, 2007

23 DANYAL K. AKOL (AKA DANIEL AKOL)
   and PERKINS EASTMAN ARCHITECTS,
24 P.C., as successor in interest to AKOL
   ARCHITECTS,
25                             Defendants.

26

27

28
                                      1

Stipulation to Continue Case Management Conference and Extend Time and [Proposed] Order
Case No. C 07-04709-MJJ
#33828 v1

1    Plaintiffs Atlantic Recording Corp., et al. and Defendants Danyal K. Akol (AKA Daniel

2  Akol) and Perkins Eastman Architects, P.C., (collectively, "the Parties") stipulate to extend the time

3  in which Defendants have to answer or otherwise respond to the Complaint to December 21, 2007.

4  The Parties further stipulate, subject to the Court's approval, that the case management conference

5  currently set for December 18, 2007 at 2:00 p.m. be continued to January 22, 2008.

6    Good cause exists for these continuances because the Parties have agreed to certain

7  principles for settling this case and desire additional time to negotiate settlement terms and finalize a

8  settlement without needlessly engaging in further litigation. In light of the anticipated settlement of

9  this case, there is no need for Defendants to respond to the Complaint at this time; however,

10  Defendants desire additional time to respond to the Complaint if the parties ultimately cannot

11  finalize a settlement. Similarly, a case management conference on December 18 may unnecessarily

12  waste the Court's time, but could become necessary at a later date in the event Parties cannot finalize

13  the settlement. Attached hereto as Exhibit A and incorporated herein is the declaration of Matthew

14  Franklin Jaksa which further sets forth the good cause as to why this Stipulation should be granted.

15    Accordingly, the Parties respectfully request that the time for Defendants to respond to the

16  Complaint be extended to December 21, 2007 and the case management conference currently

17  scheduled for December 18, 2007 at 2:00 p.m. be continued to January 22, 2008, or such other date

18  as conveniences the Court.

19  Dated: November 15, 2007                          HOLME ROBERTS & OWEN LLP

20

21                                                   By: _____

22                                                        MATTHEW FRANKLIN JAKSA
                                                         Attorney for Plaintiffs
23

24  Dated: November 15, 2007                          VAN DE POEL & LEVY, LLP

25

26                                                   By: _____
                                                         JENNIFER R. THOMAS
27                                                       JEFFREY WILLIAM ALLEN
                                                         Attorneys for Defendants
28

---
**2**

## ORDER

Pursuant to the Parties' Stipulation and good cause having been shown:

**IT IS ORDERED** that Defendants' time to answer or otherwise respond to the Complaint be extended to December 21, 2007.

**IT IS FURTHER ORDERED** that the case management conference currently set for December 18, 2007 at 2:00 p.m. be continued to January 22, 2008.

Dated: _____        By:_____
                                   Honorable Martin J. Jenkins
                                   United States District Judge

Stipulation to Continue Case Management Conference and Extend Time and [Proposed] Order
Case No. C 07-04709-MJJ
#33828 v1