Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:        matt.jaksa@hro.com

Attorneys for Plaintiffs,
ATLANTIC RECORDING CORPORATION;
WARNER BROS. RECORDS INC.; VIRGIN
RECORDS AMERICA, INC.; UMG
RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; ARISTA RECORDS LLC;
and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br>Plaintiffs,<br><br>v.<br><br>DANYAL K. AKOL (AKA DANIEL AKOL) and PERKINS EASTMAN ARCHITECTS, P.C., as successor in interest to AKOL ARCHITECTS,<br>Defendants. | CASE NO. 3:07-CV-04709-MJJ<br><br>**Honorable Martin J. Jenkins**<br><br>**DECLARATION OF MATTHEW FRANKLIN JAKSA IN SUPPORT OF STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Date of Initial CMC:   December 18, 2007<br>Time:                         2:00 p.m.<br>Courtroom:              11<br>Action Filed:            September 13, 2007 |

1

Declaration of Matthew Franklin Jaksa
Case No. C 07-04709-MJJ
#33838 v1

## DECLARATION OF MATTHEW FRANKLIN JAKSA

I, MATTHEW FRANKLIN JAKSA, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and the United States District Court, Northern District of California. I am an associate with the law firm of Holme Roberts & Owen LLP, counsel of record for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. The Complaint was filed September 13, 2007.

3. Defendants were served with the Summons and Complaint on October 8, 2007, by personal service.

4. The parties previously stipulated to extend the time for Defendants to respond to the Complaint to November 15, 2007, and the Court entered its Order granting the extension of time on November 8, 2007.

5. Since that time, the parties have been in settlement negotiations and have agreed on certain principles for settling this case, including a settlement amount.

6. The parties are in the process of negotiating final settlement terms and finalizing the settlement agreement, and seek additional time to complete settlement negotiations.

7. An extension of time for Defendants to respond to the Complaint until December 21, 2007 will not prejudice either party, and will allow adequate time to finalize a settlement while preserving Defendants' ability to respond to Complaint should settlement negotiations fail.

8. Likewise, a continuation of the case management conference currently scheduled for December 18, 2007 at 2:00 p.m. to January 22, 2008 will not prejudice either party, and will allow the parties adequate time to finalize a settlement without preparing for a case management conference that may be unnecessary.

///
///
///
///

Declaration of Matthew Franklin Jaksa
Case No. C 07-04709-MJJ
#33838 v1

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of November, 2007, at San Francisco, California.

_____
Matthew Franklin Jaksa