1 | Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
2 | 560 Mission Street, 25th Floor
3 | San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
4 | Facsimile:     (415) 268-1999
Email:          matt.jaksa@hro.com
5
6 | Attorneys for Plaintiffs,
ATLANTIC RECORDING CORPORATION;
7 | WARNER BROS. RECORDS INC.; VIRGIN
RECORDS AMERICA, INC.; UMG
8 | RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; ARISTA RECORDS LLC;
9 | and BMG MUSIC

10

11 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
12 | SAN FRANCISCO DIVISION

13

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DANYAL K. AKOL (AKA DANIEL AKOL) and PERKINS EASTMAN ARCHITECTS, P.C., as successor in interest to AKOL ARCHITECTS,<br>　　　　　　Defendants. | CASE NO. 3:07-CV-04709-MJJ<br><br>**Honorable Martin J. Jenkins**<br><br>**PROOF OF SERVICE** |

Proof of Service
Case No. C 07-04709-MJJ
#32264 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On November 12, 2007, I served the foregoing documents described as:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER; and DECLARATION OF MATTHEW FRANKLIN JAKSA IN SUPPORT OF STIPULATION TO CONTINUE CMC**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| **Danyal K. Akol**<br>**468 19th Street**<br>**Oakland, CA 94612** | **Jeffrey William Allen**<br>**Van De Poel & Levy LLP**<br>**1600 S Main Plaza #325**<br>**Walnut Creek, CA 94596** |

☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 12, 2007 at San Francisco, California.

_____
Molly Morris

1

Proof of Service
Case No. C 07-04709-MJJ
#32264 v1