Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
ATLANTIC RECORDING CORPORATION;
WARNER BROS. RECORDS INC.; VIRGIN
RECORDS AMERICA, INC.; UMG
RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; ARISTA RECORDS LLC;
and BMG MUSIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br>Plaintiffs,<br><br>v.<br><br>DANYAL K. AKOL (AKA DANIEL AKOL) and PERKINS EASTMAN ARCHITECTS, P.C., as successor in interest to AKOL ARCHITECTS,<br>Defendants. | CASE NO. 3:07-CV-04709-MJJ<br><br>Honorable Martin J. Jenkins<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER<br><br>Date of Initial CMC: December 18, 2007<br>Time: 2:00 p.m.<br>Courtroom: 11<br>Action Filed: September 13, 2007 |

1

Stipulation to Continue Case Management Conference and Extend Time and [Proposed] Order
Case No. C 07-04709-MJJ
#33828 v1

1  Plaintiffs Atlantic Recording Corp., et al. and Defendants Danyal K. Akol (AKA Daniel
2  Akol) and Perkins Eastman Architects, P.C., (collectively, "the Parties") stipulate to extend the time
3  in which Defendants have to answer or otherwise respond to the Complaint to December 21, 2007.
4  The Parties further stipulate, subject to the Court's approval, that the case management conference
5  currently set for December 18, 2007 at 2:00 p.m. be continued to January 22, 2008.
6  Good cause exists for these continuances because the Parties have agreed to certain
7  principles for settling this case and desire additional time to negotiate settlement terms and finalize a
8  settlement without needlessly engaging in further litigation. In light of the anticipated settlement of
9  this case, there is no need for Defendants to respond to the Complaint at this time; however,
10 Defendants desire additional time to respond to the Complaint if the parties ultimately cannot
11 finalize a settlement. Similarly, a case management conference on December 18 may unnecessarily
12 waste the Court's time, but could become necessary at a later date in the event Parties cannot finalize
13 the settlement. Attached hereto as Exhibit A and incorporated herein is the declaration of Matthew
14 Franklin Jaksa which further sets forth the good cause as to why this Stipulation should be granted.
15 Accordingly, the Parties respectfully request that the time for Defendants to respond to the
16 Complaint be extended to December 21, 2007 and the case management conference currently
17 scheduled for December 18, 2007 at 2:00 p.m. be continued to January 22, 2008, or such other date
18 as conveniences the Court.

Dated: November 15, 2007                HOLME ROBERTS & OWEN LLP

                                        By: _____
                                        MATTHEW FRANKLIN JAKSA
                                        Attorney for Plaintiffs


Dated: November 15, 2007                VAN DE POEL & LEVY, LLP

                                        By: _____
                                        JENNIFER R. THOMAS
                                        JEFFREY WILLIAM ALLEN
                                        Attorneys for Defendants

2

Stipulation to Continue Case Management Conference and Extend Time and [Proposed] Order
Case No. C 07-04709-MJJ
#33828 v1

## ORDER

Pursuant to the Parties' Stipulation and good cause having been shown:

**IT IS ORDERED** that Defendants' time to answer or otherwise respond to the Complaint be extended to December 21, 2007.

**IT IS FURTHER ORDERED** that the case management conference currently set for December 18, 2007 at 2:00 p.m. be continued to January 29, 2008.

Dated: November 15, 2007

By: _____
Honorable Martin J. Jenkins
United States District Judge



IT IS SO ORDERED
Judge Martin J. Jenkins

---

3

Stipulation to Continue Case Management Conference and Extend Time and [Proposed] Order
Case No. C 07-04709-MJJ
#33828 v1