1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ATLANTIC RECORDING CORPORATION;
7  WARNER BROS. RECORDS INC.; VIRGIN
   RECORDS AMERICA, INC.; UMG
8  RECORDINGS, INC.; SONY BMG MUSIC
   ENTERTAINMENT; ARISTA RECORDS LLC;
9  and BMG MUSIC
10

11                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br>                    Plaintiffs,<br><br>         v.<br><br>DANYAL K. AKOL (AKA DANIEL AKOL) and PERKINS EASTMAN ARCHITECTS, P.C., as successor in interest to AKOL ARCHITECTS,<br>                    Defendants. | CASE NO. 3:07-CV-04709-MJJ<br><br>**Honorable Martin J. Jenkins**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

1

NOTICE OF DISMISSAL WITH PREJUDICE
Case No. C 07-04709-MJJ
#35012 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Atlantic Recording Corp., *et al*.
2  voluntarily dismiss with prejudice their copyright infringement claims against Defendants Danyal K.
3  Akol (aka Daniel Akol) and Perkins Eastman Architects, P.C., each party to bear its/his own fees and
4  costs. The Clerk of Court is respectfully requested to close this case.

6  Dated: January 18, 2008               HOLME ROBERTS & OWEN LLP

8                                         By: _____*/s/ Matthew Franklin Jaksa*__
                                                MATTHEW FRANKLIN JAKSA
                                                Attorney for Plaintiffs
                                                ATLANTIC RECORDING
                                                CORPORATION; WARNER BROS.
                                                RECORDS INC.; VIRGIN RECORDS
                                                AMERICA, INC.; UMG RECORDINGS,
                                                INC.; SONY BMG MUSIC
                                                ENTERTAINMENT; ARISTA
                                                RECORDS LLC; and BMG MUSIC

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On January 18, 2008, I served the foregoing documents described as:

**NOTICE OF DISMISSAL WITH PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| **Danyal K. Akol**<br>**468 19th Street**<br>**Oakland, CA  94612** | **Jeffrey William Allen**<br>**Van De Poel & Levy LLP**<br>**1600 S Main Plaza #325**<br>**Walnut Creek, CA 94596** |

☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 18, 2008 at San Francisco, California.

*/s/ Molly Morris*

Molly Morris

Proof of Service
Case No. C 07-04709-MJJ
#32264 v1