1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ATLANTIC RECORDING CORPORATION;
7  WARNER BROS. RECORDS INC.; VIRGIN
   RECORDS AMERICA, INC.; UMG
8  RECORDINGS, INC.; SONY BMG MUSIC
   ENTERTAINMENT; ARISTA RECORDS LLC;
9  and BMG MUSIC

10

11                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION

13

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership, <br>                    Plaintiffs, <br><br>          v. <br><br> DANYAL K. AKOL (AKA DANIEL AKOL) and PERKINS EASTMAN ARCHITECTS, P.C., as successor in interest to AKOL ARCHITECTS, <br>                    Defendants. | CASE NO. 3:07-CV-04709-MJJ <br><br> **Honorable Martin J. Jenkins** <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** <br> AND ORDER |

1

NOTICE OF DISMISSAL WITH PREJUDICE
Case No. C 07-04709-MJJ
#35012 v1

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Atlantic Recording Corp., *et al.* voluntarily dismiss with prejudice their copyright infringement claims against Defendants Danyal K. Akol (aka Daniel Akol) and Perkins Eastman Architects, P.C., each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: January 18, 2008                                   HOLME ROBERTS & OWEN LLP

By: _____ */s/ Matthew Franklin Jaksa*__
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
ATLANTIC RECORDING CORPORATION; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and BMG MUSIC



IT IS SO ORDERED
Judge Martin J. Jenkins
1/23/2008
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF DISMISSAL WITH PREJUDICE
Case No. C 07-04709-MJJ
#35012 v1